**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 7 |
| | ) | |
| **ZORKA IGNJATIC ACIMOVIC,** | ) | Bankruptcy No. 17 B 09685 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

## NOTICE OF MOTION

**To:**  Zorka Ignjatic Acimovic, 9458 Latrobe Ave., Skokie, IL 60077

Ben L Schneider, Schneider & Stone, 8424 Skokie Boulevard, Suite 200, Skokie, IL 60077*

United States Trustee Patrick S. Layng, Office of the United States Trustee, 219 South Dearborn Street, Suite 873, Chicago, IL 60604*

PLEASE TAKE NOTICE that on **Wednesday, July 31, 2019, at 10:00 a.m.**, we will appear before the Honorable Jacqueline P. Cox or such other Judge as may be presiding in that Judge's stead, in courtroom 680, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present our **Trustee's Motion to Dismiss Pursuant to Local Rule 2002-1 for Failure to Attend the 341 Meeting**, a copy of which is attached hereto and served upon you herewith.

Date: July 8, 2019

**DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate**

By:   /s/ David P. Leibowitz
  David P. Leibowitz (ARDC # 1612271)
  53 West Jackson Boulevard, Suite 1115
  Chicago, IL 60604
  (312) 360-1501

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **ZORKA IGNJATIC ACIMOVIC,** | ) | **Bankruptcy No. 17 B 09685** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **Honorable Jacqueline P. Cox** |

## MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1 FOR FAILURE TO ATTEND 341 MEETING

David P. Leibowitz ("Trustee"), not individually but as the chapter 7 trustee of the estate of Zorka Ignjatic Acimovic ("Debtor"), moves this Court pursuant to 11 U.S.C. §707(a) and Local Rule 2002-1 to dismiss this case for failure to appear at the meeting of creditors. In support, the Trustee states the following:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1408.

2. By Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

### FACTUAL AND PROCEDURAL BACKGROUND

4. Debtor filed a voluntary chapter 13 petition on March 28, 2017. The case was converted to chapter 7 on June 7, 2019.

5. David P. Leibowitz is the duly appointed, qualified, and acting chapter 7 trustee in this case.

6. A meeting of creditors under § 341 of the Bankruptcy Code was scheduled to be held on July 3, 2019. Debtor received due notice of, but did not appear at, the meeting of creditors.

## REQUESTED RELIEF

7. The Trustee requests that the Court dismiss Debtor's Chapter 7 case for failure to appear at the meeting of creditors and that any discharge which may have inadvertently been granted be vacated.

## BASIS FOR RELIEF REQUESTED

8. Under § 343 of the Bankruptcy Code, debtors are required to appear at the meeting of creditors held pursuant to § 341.

9. By reason of Debtor's failure to appear at the meeting of creditors, Debtor's case may be dismissed.

## NOTICE

10. The Trustee has filed a request for notice of hearing pursuant to Bankruptcy Rule 2002(a)(4), providing for due notice of this motion to all creditors not less than twenty-one (21) days in advance of the hearing.

**WHEREFORE**, DAVID P. LEIBOWITZ, Chapter 7 Trustee for the estate of Zorka Ignjatic Acimovic, requests that this Court dismiss Debtor's Chapter 7 case for failure to appear at the meeting of creditors and that any discharge which may have inadvertently been granted be vacated.

**DAVID P. LEIBOWITZ, not individually, but solely as the chapter 7 trustee of the debtor's estate**

**By:**  /s/ David P. Leibowitz
David P. Leibowitz (ARDC # 1612271)
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604
(312) 360-1501

United States Bankruptcy Court
Northern District of Illinois

In re:  
Zorka Ignjatic Acimovic  
    Debtor

Case No. 17-09685-JPC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mmiller     Page 1 of 1     Date Rcvd: Jul 15, 2019  
                   Form ID: pdf011     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2019.  
db          +Zorka Ignjatic Acimovic,    9458 Latrobe Ave.,    Skokie, IL 60077-1112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2019 at the address(es) listed below:  
        Ben L Schneider    on behalf of Debtor 1 Zorka Ignjatic Acimovic ben@windycitylawgroup.com, mstone@windycitylawgroup.com;ebrandes@windycitylawgroup.com  
        David P Leibowitz, ESQ    dleibowitz@lodpl.com, il64@ecfcbis.com;dl@trustesolutions.com;dl@trustesolutions.net;ECF@lodpl.com  
        David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lodpl.com, il64@ecfcbis.com;dl@trustesolutions.com;dl@trustesolutions.net;ECF@lodpl.com  
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
                                          TOTAL: 4